Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−17059−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William S Boldizar                                         Margaret T Boldizar
   1893 Southside Avenue                           1893 Southside Avenue
   Deptford, NJ 08096                                   Deptford, NJ 08096

Social Security No.:
   xxx−xx−8996                                                   xxx−xx−8023

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on November 8, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 8, 2018
JAN: kvr

                                                                                         Jeanne Naughton
                                                                                         Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 18-17059-JNP
William S Boldizar                                             Chapter 13
Margaret T Boldizar
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Nov 08, 2018
                               Form ID: 148                 Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db/jdb         +William S Boldizar,    Margaret T Boldizar,    1893 Southside Avenue,    Deptford, NJ 08096-6479
cr             +Blackwood Plaza, LLC,    800 N. Kings Highway,    Ste 300,    Ste 300,    Cherry Hill, NJ 08038,
                 UNITED STATES 08034-1511
cr             +U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517445145     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,     201 Little Falls Dr,
                 Wilmington, DE 19808)
517445142      +Advantage Collection Techniques,    PO Box 400,    Moorestown, NJ 08057-0400
517445149      +Blackwood Plaza LLC,    4501 Route 42,    Blackwood, NJ 08012-1776
517445153       Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
517445156      +Executive Loan Services,    3410 La Sierra Avenue Suite F508,    Riverside, CA 92503-5270
517445159      +Hayt, Hayt & Landau,    PO Box 500,    2 Industrial Way West,    Eatontown, NJ 07724-2279
517445161      +MassMutual Life Insurance Company,    1295 State Street,    Springfield, MA 01111-0002
517445162      +McCabe, Weisberg & Conway PC,    216 Haddon Avenue, Suite 201,    Westmont, NJ 08108-2818
517445164      +Nationstar/mr. Cooper,    350 Highland Dr,    Lewisville, TX 75067-4177
517445165       Pressler And Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517445167      +Rickart Coll Systems,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
517445171      +SRA Associates LLC,    401 Minnetonka Road,    Somerdale, NJ 08083-2914
517445169      +Saldutti Law Group,    800 North Kings Highway,    Cherry Hill, NJ 08034-1511
517445170      +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
517445173      +Stuart-Lippman and Associates, Inc.,    5447 E. 5th Street Suite 110,    Tucson, AZ 85711-2345
517445174      +Tate & Kirlin Assoc,    580 Middletown blvd. Suite 240,    Langhorne, PA 19047-1876
517445175      +The Receivable Management Services LLC,    240 Emery St.,    Bethlehem, PA 18015-1980
517600333      +U.S Bank National Association,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2018 23:58:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2018 23:58:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517445141       E-mail/Text: amscbankruptcy@adt.com Nov 08 2018 23:59:17      ADT Security Services,
                 PO Box 650485,    Dallas, TX 75265-0485
517491275      +E-mail/Text: amscbankruptcy@adt.com Nov 08 2018 23:59:17      ADT Security Services, Inc.,
                 3190 South Vaughn Way,    Aurora, CO 80014-3512
517445143      +EDI: GMACFS.COM Nov 09 2018 04:18:00      Ally Financial,    Attn: Bankruptcy,    Po Box 380901,
                 Bloomington, MN 55438-0901
517465898       EDI: GMACFS.COM Nov 09 2018 04:18:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
517449603       EDI: GMACFS.COM Nov 09 2018 04:18:00      Ally Financial Lease Trust,    PO Box 130424,
                 Roseville MN 55113-0004
517445147      +E-mail/Text: bankruptcy@pepcoholdings.com Nov 08 2018 23:57:33      Atlantic City Electric,
                 5 Collins Drive Suite 2133,    Pepco Holdings Inc,    Carneys Point, NJ 08069-3600
517445146       E-mail/Text: bankruptcy@pepcoholdings.com Nov 08 2018 23:57:33
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
517445148      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 08 2018 23:58:43
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
517445151       EDI: CAPITALONE.COM Nov 09 2018 04:19:00      Capital One,    15000 Capital One Drive,
                 Henrico, VA 23238
517445150      +EDI: CAPITALONE.COM Nov 09 2018 04:19:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517541449       EDI: CAPITALONE.COM Nov 09 2018 04:19:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517445152      +EDI: CHASE.COM Nov 09 2018 04:19:00      Chase Card Services,    Attn: Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
517445154      +EDI: RCSFNBMARIN.COM Nov 09 2018 04:18:00      Credit One Bank Na,    Po Box 98872,
                 Las Vegas, NV 89193-8872
517445155       EDI: DISCOVER.COM Nov 09 2018 04:19:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517445157      +E-mail/Text: CollectionsDept@figfcu.org Nov 08 2018 23:57:11      Farmers Ins Group F C,
                 4601 Wilshire Blvd Suite 110,    Los Angeles, CA 90010-3865
517445158      +EDI: FSAE.COM Nov 09 2018 04:19:00      Firstsource Advantage,    205 Bryant Woods South,
                 Amherst, NY 14228-3609
517598018       EDI: RESURGENT.COM Nov 09 2018 04:19:00      LVNV Funding LLC C/O Resurgent Capital Services,
                 P.O. Box 10675,    Greenville, SC 29603-0675
517445160      +EDI: RESURGENT.COM Nov 09 2018 04:19:00      LVNV Funding/Resurgent Capital,    Po Box 10497,
                 Greenville, SC 29603-0497
517583515      +EDI: MID8.COM Nov 09 2018 04:18:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Nov 08, 2018
                              Form ID: 148             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517445163     +EDI: MID8.COM Nov 09 2018 04:18:00      Midland Funding,    Attn: Bankruptcy,   Po Box 939069,
               San Diego, CA 92193-9069
517577179      EDI: Q3G.COM Nov 09 2018 04:19:00      Quantum3 Group LLC as agent for,
               Velocity Investments LLC,    PO Box 788,    Kirkland, WA 98083-0788
517445172     +E-mail/Text: bncnotices@stengerlaw.com Nov 08 2018 23:57:09       Stenger & Stenger PC,
               2618 East Paris Avenue SE,    Grand Rapids, MI 49546-2458
517448485     +EDI: RMSC.COM Nov 09 2018 04:19:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517582798     +EDI: AIS.COM Nov 09 2018 04:18:00      Verizon,   by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517587634      EDI: WFFC.COM Nov 09 2018 04:18:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
               P.O. Box 19657,    Irvine, CA 92623-9657
517445176     +EDI: WFFC.COM Nov 09 2018 04:18:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
               Po Box 19657,    Irvine, CA 92623-9657
                                                                                              TOTAL: 28

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517445144*    +Ally Financial,    Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
517585674*    +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
517445166*     Pressler And Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517445168*    +Rickart Coll Systems,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
           CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Joseph J. Rogers    on behalf of Debtor William S Boldizar jjresq@comcast.net,  jjresq1@comcast.net
          Joseph J. Rogers    on behalf of Joint Debtor Margaret T Boldizar jjresq@comcast.net,
           jjresq1@comcast.net
          Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE rsolarz@kmllawgroup.com
          Robert L. Saldutti    on behalf of Creditor    Blackwood Plaza, LLC rsaldutti@saldutticollect.com,
           lmarciano@saldutticollect.com;kcollins@slgcollect.com
          Robert P. Saltzman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```